**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**WILLIAM H. BUCHANAN,**

            **Plaintiff,**

      **v.**                                   **3:07-CV-1114**

**COMMISSIONER OF SOCIAL SECURITY,**

            **Defendant.**
_____

| APPEARANCES: | OF COUNSEL: |
|---|---|
| HINMAN, HOWARD & KATTELL, LLP<br>Post Office Box 5250<br>700 Security Mutual Building<br>80 Exchange Street<br>Binghamton, New York 13902-5250<br>Counsel for Plaintiff | EUGENE D. FAUGHNAN, ESQ. |
| SOCIAL SECURITY ADMINISTRATION<br>Office of Regional General Counsel<br>Region II<br>26 Federal Plaza - Room 3904<br>New York, New York 10278 | KARLA J. GWINN, ESQ.<br>Special Assistant U.S. Attorney |

**NORMAN A. MORDUE, CHIEF U. S. DISTRICT JUDGE**

## **ORDER**

     The above matter comes to me following a Report-Recommendation by Magistrate Judge Victor E. Bianchini, duly filed on the 17th day of March 2010.  Following ten days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

     After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

**ORDERED** that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The decision of the Commissioner is reversed and the case is remanded to the Commissioner pursuant to sentence four of 42 U.S.C. §405(g) for further administrative proceedings consistent with the Report-Recommendation.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: March 31, 2010
       Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge